Sachin R. Mehta, Esq. (SBN 223572)
Jessica D. Lew, Esq. (SBN 225459)
**MEHTALEGAL**
3400 Airport Ave., Suite 20
Santa Monica, CA 90405
Tel:  (310) 390-1200
Fax:  (310) 390-1300
Email:  jessica@mehtalegal.com

Attorneys for Plaintiff
M S International, Inc.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M S INTERNATIONAL, INC., an Indiana corporation,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUXURY STONE IMPORTS, INC., an Arizona corporation; PAUL MALINASKY, an individual; BRYAN COGAN, an individual; and DOES 1 through 10, inclusive,<br>　　　　　Defendants<br>_____<br><br>LUXURY STONE IMPORTS, INC., an Arizona corporation; PAUL MALINASKY, an individual,<br>　　　　　Counter-Claimants,<br><br>　　v.<br><br>M S INTERNATIONAL, INC., an Indiana corporation,<br>　　　　　Counter-Defendant.<br>_____ | CASE NO.:  8:11-cv-01700-JVS-JPR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT AND RETENTION OF JURISDICTION OF THIS COURT FOR ENFORCEMENT** |

1

**[Proposed] ORDER OF DISMISSAL UPON SETTLEMENT AND RETENTION OF
JURISDICTION OF THIS COURT FOR ENFORCEMENT**

**ORDER**

Pursuant to the Stipulation of the parties, and for good cause showing, **IT IS HEREBY ORDERED** that the above-captioned action be dismissed with prejudice in its entirety, based on the settlement of the claims, with each party bearing its own attorney's fees and costs, and that this Court shall retain jurisdiction to enforce the terms of the settlement agreement executed by the parties on August 6, 2012.

**IT IS SO ORDERED.**

Dated: August 20, 2012

By:_____
United States District Judge