Sachin R. Mehta, Esq. (SBN 223572)
Jessica D. Lew, Esq. (SBN 225459)
Zachary A. Bulthuis, Esq. (SBN 223825)
**MEHTALEGAL**
3400 Airport Ave., Suite 20
Santa Monica, CA 90405
Tel:  (310) 390-1200
Fax:  (310) 390-1300
Email:  jessica@mehtalegal.com

Attorneys for Plaintiff
M S International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| M S INTERNATIONAL, INC., an Indiana corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUXURY STONE IMPORTS, INC., an Arizona corporation; PAUL MALINASKY, an individual; BRYAN COGAN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants<br>_____<br><br>LUXURY STONE IMPORTS, INC., an Arizona corporation; PAUL MALINASKY, an individual,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>M S INTERNATIONAL, INC., an Indiana corporation,<br><br>　　　　Counter-Defendant.<br>_____ | CASE NO.:  8:11-cv-01700-JVS-JPR<br>Assigned: Hon. James V. Selna<br><br>**JUDGMENT IN A CIVIL ACTION**<br><br>**Action Filed in District Court:** November 7, 2012<br>**Settlement Date:**  August 6, 2012<br>**Action Dismissed:** August 20, 2012 |

1  The Court has ORDERED that the plaintiff M S INTERNATIONAL, INC. recover from the defendant BRIAN COGAN the amount of FIFTEEN THOUSAND NINE HUNDRED FORTY THREE DOLLARS AND 74/100 CENTS ($15,943.74), and that judgment be entered in that amount.

This action was decided by Judge James V. Selna on a Motion to Enforce the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: December 07, 2012

By:_____
United States District Judge